## STATE OF CONNECTICUT *v.* GABRIEL GONZALEZ
### (14245)

O'Connell, Heiman and Schaller, Js.

Argued June 6—officially released July 9, 1996

Per Curiam. At oral argument the claim of ineffective

assistance of counsel was withdrawn. We have considered the remaining issues.

The judgment is affirmed.